United States Bankruptcy Court
Central District of California

In re:  
Jamie Lynn Gallian  
    Debtor

Case No. 24-12267-MH  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0973-8     User: admin     Page 1 of 2  
Date Rcvd: Sep 10, 2024     Form ID: 309I     Total Noticed: 45

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 12, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| 42129258 | | BS Investor, LP, Grant, Genovese & Baratta, 2230 Main Street, Ste 1600, Irvine CA 92614 |
| 42129232 | | Danning, Gill, Israel & Krasnoff, LLP, 1901 Avenue of The Stars, Ste. 450, Los Angeles, CA 90067-6006 |
| 42129238 | + | Houser Bros. Co, dba Rancho Del. Fey Estates, 16222 Monterey Ln (Office), Huntington Beach, CA 92649-2276 |
| 42129240 | | Hubtington Mobile Home Investments, 16400 Saybrook Lane, Hungtington Beach CA 92649-2277 |
| 42129234 | + | Huntington Beach Gables, Homeowners Association, EPSTEN, GRINNEL, & HOWELL, APC, 10200 Willow Creek Rd, Ste. 100, San Diego, CA 92131-1655 |
| 42129239 | | Huntington Beach Gables HOA, c/o Feldsott & Lee, 23161 Mill Creek Dr, Ste. 300, Laguna Hllls, CA 92653-7907 |
| 42129233 | | Huntington Harbor Village, 16400 Saybrook, Huntington Beach, CA 92649-2277 |
| 42129262 | | Huntington Mobile Home, Investments LLC, 1100 Newport Beach Blvd, Ste 1150, Newport Beach, CA 92260 |
| 42129259 | + | Huntington Mobile Home Inv LLC, 430 S San Dimas Ave, San Dimas, CA 91773-4045 |
| 42129261 | | Huntington Mobile Home Investments LLC, 1100 Newport Beach Blvd Ste 1150, Newport Beach, CA 92660 |
| 42129263 | + | J-Pad LLC, 16222 Monterey Ln #376, Huntington Beach, CA 92649-2258 |
| 42129241 | + | J-Sandcastle Co, LLC, 16222 Monterey Ln. Unit 376, Huntington' Beach CA 92649-2258 |
| 42129242 | | James H Cosello, Esq., Casello & Lincoln, 525 N Cabrillo Park Dr. Ste 104, Santa Ana, CA 92701-5017 |
| 42129264 | + | Jennifer Paulin, 4446 Alderport Dr., Huntington Beach, CA 92649-2286 |
| 42129236 | + | Lee Gragnano, 16062 Warmington Lane, Huntington Beach, CA 92649-2285 |
| 42129243 | + | Lindy Beck, 4443 Chase Dr., Huntington Beach, CA 92649-2297 |
| 42129265 | | Lisa T Ryan, 20949 Lassen St. Apt. 208, Chatsworth, CA 91311-4239 |
| 42129237 | + | Lori Burrett, 16107 Sherlock, Huntingotn Beach, CA 92649-2293 |
| 42129244 | | Michael S. Devereux, Wex Law, 9171 Wilshire Blvd. Ste. 500, Beverly Hills, CA 90210-5536 |
| 42129245 | | Orange County Alternate, Defender 600 Santa Ana Blvd., Ste. 600, Santa Ana, CA. 92702 |
| 42129252 | | Orange County Public, Defender 801 Civic Center Drive, West Santa Ana, CA 92702 |
| 42129267 | | Patricia Ryan, 20949 Lassen St. Apt 208, Chatsworth, CA 91311-4239 |
| 42129253 | | People of the St of CA, 8141 13th Street, Westminster, CA 92683-4576 |
| 42129246 | + | Randall Nickell, 4476 Alderport Dr., Huntington Beach, CA 92649-2288 |
| 42129268 | | Randell Nickel, c/o Mark Mellor, Esq., 6800 Indiana Ave. Ste. 220, Riverside, CA 92506-4267 |
| 42129247 | + | Robert P Warmington Co., c/o BS Investors LP, 18201 Von Karmen Ste 450, Irvine, CA 92612-1195 |
| 42129269 | + | Rutan & Tucker, 18575 Jamboree Rd. 9th Fl, Irvine, CA 92612-2559 |
| 42129254 | + | S 4, A California Limited, Partnership, 1001 Dove Street Ste. 230, Newport Beach, CA 92660-2849 |
| 42129248 | + | Sandra Bradley, 18 Meadowwood, Coto De Caza, ca 92679-4738 |
| 42129249 | + | Stanley Feldsott, Esq, Feldsoftt & Lee, 23161 Mill Creek Drive ste. 300, Laguna Hills, CA 92653-7907 |
| 42129270 | + | Steven A Fink, 13 Corporate Plaza Ste. 150, Newport Beach, CA 92660-7919 |
| 42129255 | + | Superior Court of California, County Of Orange, 711 Civic Center Drive, West, Santa Ana, CA 9270l 92701-3907 |
| 42129271 | | Suzanne Tague Ross Wolcott, Teinert, Prout, 3151 AirwayAve S-1, Costa Mesa, CA 92626-4627 |
| 42129250 | | Theodore Phillips, 17612 Sandea Lee, Huntington Beach, CA 92649 |
| 42129251 | | Vivienne J Alston, Alston, Alston &Diebold, 27201 Puerta Real Ste 300, Mission Vlejo, CA 92691-8590 |

TOTAL: 35

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| db | + | Email/PDF: jamiegallian@gmail.com | Sep 11 2024 02:06:00 | Jamie Lynn Gallian, 16222 Monterey Ln Unit 376, Huntington Beach, CA 92649-2258 |
| tr | + | Email/Text: efile@ch13ac.com | Sep 11 2024 02:14:00 | Amrane (SA) Cohen (TR), 770 The City Drive South Suite 3700, Orange, CA 92868-4928 |
| smg | | EDI: EDD.COM | | |

| District/off: 0973-8 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Sep 10, 2024 | Form ID: 309I | Total Noticed: 45 |

| | | Sep 11 2024 06:00:00 | Employment Development Dept., Bankruptcy Group MIC 92E, P.O. Box 826880, Sacramento, CA 94280-0001 |
|---|---|---|---|
| smg | EDI: CALTAX.COM | Sep 11 2024 06:06:00 | Franchise Tax Board, Bankruptcy Section MS: A-340, P.O. Box 2952, Sacramento, CA 95812-2952 |
| 42129260 | Email/Text: payrollhelpdesk@grsm.com | Sep 11 2024 02:14:00 | Gordon Rees Scully & Mansukhahi, 633 W 5th Street, 52nd Floor, Los Angeles, CA 90071-2005 |
| 42129235 | EDI: IRS.COM | Sep 11 2024 06:00:00 | Internal.Revenue Service, Insolvency PO Box 7346, Philadelphia, PA 19101-7346 |
| 42129272 | Email/Text: j9_jasso@yahoo.com | Sep 11 2024 02:14:00 | Janine Jasso, PO Box 370161, El Paso, CA 79937 |
| 42129266 + | Email/Text: orangecountybk@ttc.ocgov.com | Sep 11 2024 02:14:00 | Orange County Tax Collector, P.O. Box 149, Santa Ana, CA 92702-0149 |
| 42129256 + | Email/Text: bankruptcy@epsten.com | Sep 11 2024 02:15:00 | The Huntington Beach Gables, Homeowners Association, C/O Epsten Grinnell & Howell APC, 10200 Willow Creek Road, Ste 100, San Diego, CA 92131-1655 |
| 42129257 | EDI: USBANKARS.COM | Sep 11 2024 06:00:00 | US BANK, PO Box 5229, Cincinnati, OH 45201-512. |

TOTAL: 10

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 12, 2024  Signature:  /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 9, 2024 at the address(es) listed below:**

| **Name** | **Email Address** |
|---|---|
| Amrane (SA) Cohen (TR) | efile@ch13ac.com |
| United States Trustee (SA) | ustpregion16.sa.ecf@usdoj.gov |

TOTAL: 2

| Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1: | Jamie Lynn Gallian <br> First Name   Middle Name   Last Name | Social Security number or ITIN: xxx–xx–3936 <br> EIN: _ _–_ _ _ _ _ _ _ | |
| Debtor 2: (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN: _ _ _ _ <br> EIN: _ _–_ _ _ _ _ _ _ | |
| United States Bankruptcy Court: | Central District of California | Date case filed for chapter: 13   9/9/24 | |
| Case number: | 8:24–bk–12267–MH | | |

## Official Form 309I
## Notice of Chapter 13 Bankruptcy Case

5/24

**For the debtors listed above, a case has been filed under chapter 13 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read all pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors, the debtors' property, and certain codebtors. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 13 plan may result in a discharge. Creditors who assert that the debtors are not entitled to a discharge under 11 U.S.C. § 1328(f) must file a motion objecting to discharge in the bankruptcy clerk's office within the deadline specified in this notice. Creditors who want to have their debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office by the same deadline. (See line 13 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Jamie Lynn Gallian | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 16222 Monterey Ln Unit 376 <br> Huntington Beach, CA 92649 | |
| 4. | **Debtor's attorney** <br> Name and address | Jamie Lynn Gallian <br> 16222 Monterey Ln Unit 376 <br> Huntington Beach, CA 92649 | Contact phone 714–321–3449 <br> Email _____ |
| 5. | **Bankruptcy trustee** <br> Name and address | Amrane (SA) Cohen (TR) <br> 770 The City Drive South Suite 3700 <br> Orange, CA 92868 | Contact phone 714–621–0200 <br> Email _____ |
| 6. | **Bankruptcy clerk's office** <br> Documents in this case may be filed at this address. <br> You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | 411 West Fourth Street, Suite 2030, <br> Santa Ana, CA 92701–4593 | Hours open: <br> 9:00AM to 4:00 PM <br> Contact phone 855–460–9641 <br> Dated: 9/10/24 |

3/

**For more information, see pages 2 and 3**

Official Form 309I    Notice of Chapter 13 Bankruptcy Case    page 1

| 7. **Meeting of creditors** Debtors must attend the meeting to be questioned under oath by the trustee and by creditors. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **October 22, 2024 at 09:00 AM**<br><br>**The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket.** | Location:<br><br>**Zoom video meeting. Go to Zoom.us/join, Enter Meeting ID 879 620 7359, and Passcode 2248891822, OR call 1 657 222 4207**<br><br>For additional meeting information go to https://www.justice.gov/ust/moc. |
|---|---|---|
| 8. **Deadlines** The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **Deadline to file a complaint to challenge dischargeability of certain debts:**<br><br>**You must file:**<br>• a motion if you assert that the debtors are not entitled to receive a discharge under U.S.C. § 1328(f) or<br>• a complaint if you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4). | **Filing deadline: 12/23/24** |
|  | **Deadline for all creditors to file a proof of claim (except governmental units):** | **Filing deadline: 11/18/24** |
|  | **Deadline for governmental units to file a proof of claim:** | **Filing deadline: 3/10/25** |
|  | **Deadlines for filing proof of claim:**<br>A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office.<br>If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed.<br><br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim.<br><br>Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. |  |
|  | **Deadline to object to exemptions:** The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| 9. **Hearing on Confirmation of Plan** | The hearing on confirmation will be held on:<br>**11/21/24** at **10:30 AM** , Location: **411 W Fourth St., Crtrm 6C, Santa Ana, CA 92701**<br><br>The plan will be sent separately by the debtor. |  |
| 10. **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadline in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. |  |
| 11. **Filing a chapter 13 bankruptcy case** | Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts according to a plan. A plan is not effective unless the court confirms it. You may object to confirmation of the plan and appear at the confirmation hearing. The plan will be sent separately by the debtor, and the confirmation hearing will be held on the date shown in line 9 of this notice. The debtor will remain in possession of the property and may continue to operate the business, if any, unless the court orders otherwise. |  |
| 12. **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at https://pacer.uscourts.gov. If you believe that the law does not authorize an exemption that debtors claimed, you may file an objection by the deadline. |  |
| 13. **Discharge of debts** | Confirmation of a chapter 13 plan may result in a discharge of debts, which may include all or part of a debt. However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1328(f), you must file a motion by the deadline. |  |

**For more information, see pages 1 and 3**

| | | |
|---|---|---|
| **14.** | **Proof of Debtor Identification (ID) and Proof of Social Security Number(SSN)** | The U.S. Trustee requires that individual debtors must provide to the trustee at the meeting of creditors an original picture ID and proof of SSN. Failure to do so may result in the U.S. Trustee bringing a motion to dismiss the case. Permissible forms of ID include a valid state driver's license, government or state-issued picture ID, student ID, military ID, U.S. Passport or legal resident alien card. Proof of SSN includes Social Security Card, current W-2 form, pay stub, payment advice, IRS Form 1099, Social Security Administration Report, or other official document which indicates name and SSN. |
| **15.** | **Failure to File a Statement and/or Schedule(s)** | **IF THE DEBTOR HAS NOT FILED A STATEMENT AND/OR SCHEDULE(S) AND/OR OTHER REQUIRED DOCUMENTS,** the debtor must do so, or obtain an extension of time to do so, within 14 days of the petition filing date. Failure to comply with this requirement, or failure to appear at the initial section 341(a) meeting of creditors and any continuance, may result in dismissal of the case, unless leave of court is first obtained. If the debtor's case has not already been dismissed, AND DEBTOR FAILS TO DO ONE OF THE FOLLOWING WITHIN 45 DAYS AFTER THE PETITION DATE, subject to the provisions of Bankruptcy Code section 521(i)(4), the court WILL dismiss the case effective on the 46th day after the petition date without further notice: (1) file all documents required by Bankruptcy Code section 521(a)(1); or (2) file and serve a motion for an order extending the time to file the documents required by this section.<br><br>**SI EL DEUDOR NO HA PRESENTADO UNA DECLARACIÓN Y/O LISTA(S) DE ACREEDORES Y/U OTROS DOCUMENTOS REQUERIDOS,** tendrá que hacerlo dentro de un plazo de 14 días a partir de la fecha de presentación de la petición o tendrá que obtener una extensión del plazo para hacerlo. Si no cumple usted este requisito, o si no comparece a la junta 341(a) inicial de acreedores o a cualquier aplazamiento, esto resultará en que se declare sin lugar el caso, a menos de que obtenga un permiso del tribunal. Si no se ha declarado sin lugar el caso del acreedor, Y EL ACREEDOR NO HACE UNA DE LAS SIGUIENTES COSAS DENTRO DE UN PLAZO DE 45 DÍAS A PARTIR DE LA FECHA DE LA PETICIÓN, de acuerdo con lo dispuesto en la sección 521(i)(4) del Código de Quiebras, el juez DECLARARÁ el caso sin lugar a partir de el 46o día después de la fecha de presentación de petición sin más notificación: (1) registrar en actas todos los documentos que requiere la sección 521(a)(1) del Código de Quiebras; o (2) registrar y hacer entrega formal de una moción para pedir una orden que extienda el tiempo en que se pueden registrar en actas los documentos que requiere dicha sección. |
| **16.** | **Failure to Appear at the Section 341(a) Meeting and Hearing of Confirmation of Chapter 13 Plan** | Appearance by debtor(s) and the attorney for debtor(s) is required at both the section 341(a) meeting and the confirmation hearing. Unexcused failure by the debtor(s) to appear at either the section 341(a) meeting and/or the confirmation hearing may result in dismissal of the case. |
| **17.** | **Bankruptcy Fraud and Abuse** | Any questions or information relating to bankruptcy fraud or abuse should be addressed to the Fraud Complaint Coordinator, Office of the United States Trustee, 411 West Fourth Street, Suite 7160, Santa Ana, CA 92701. |
| **18.** | **Assistance for Self-Represented Litigants** | For Self-Represented Litigants (individuals who do not have an attorney), see the following link for information on how you may afford an attorney in a chapter 13 case (Chapter 13 Panel for Self-Represented Litigants):<br>https://www.cacb.uscourts.gov/local-and-county-bar-associations-lawyer-referral-options. |

**For more information, see pages 1 and 2**