**UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA**

FILED
SEP 12 2024
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY: _____ Deputy Clerk

ENTERED
SEP 13 2024
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY: _____ Deputy Clerk

In re: Jamie Lynn Gallian

Debtor(s).

CASE NO.: 8:24-bk-12267-MH

CHAPTER: 13

**ORDER REASSIGNING BANKRUPTCY CASE TO JUDGE (by mutual consent)**

☒ WITHIN DIVISION TRANSFER

☐ WITHIN DISTRICT TRANSFER

It appearing that the above-captioned case is properly transferable in accordance with the provisions of General Order 11-01,

IT IS HEREBY ORDERED that the above-captioned bankruptcy case be reassigned to Bankruptcy Judge Scott C. Clarkson _____ [name to be inserted by the judge] for all further proceedings.

☒ **Within Division Transfer**

The bankruptcy case number will remain the same. However, the judge's initials must be changed to SC _____ [initials to be inserted by the judge] on all documents filed with the court.

☐ All adversary proceeding(s) to be transferred

☐ Do not transfer adversary proceeding(s)

☐ Other: _____

☐ **Within District Transfer**

The new bankruptcy case number is _____ [will be issued by the Clerk's Office after the order is signed].

July 2013    Order Reassigning Bankruptcy Case to Judge by Mutual Consent    F 5004-3

☐ All adversary proceeding(s) to be transferred and new adversary proceeding case numbers will be issued by the Clerk's Office.

☐ Do not transfer adversary proceeding(s)

☐ Other: _____

Date: 9/12/24

_____
UNITED STATES BANKRUPTCY JUDGE

The undersigned Bankruptcy Judge hereby consents to the transfer of the above-captioned bankruptcy case to him/her.

Date: 9/12/24

_____
UNITED STATES BANKRUPTCY JUDGE