United States Bankruptcy Court

Central District of California

| | |
|---|---|
| In re: | Case No. 24-12267-MH |
| Jamie Lynn Gallian | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0973-8 | User: admin | Page 1 of 1 |
| Date Rcvd: Sep 13, 2024 | Form ID: pdf042 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 15, 2024:**
NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| db | + Email/PDF: jamiegallian@gmail.com | Sep 14 2024 00:13:00 | Jamie Lynn Gallian, 16222 Monterey Ln Unit 376, Huntington Beach, CA 92649-2258 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Sep 15, 2024       Signature:   /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 13, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Amrane (SA) Cohen (TR) | efile@ch13ac.com |
| Brandon J. Iskander | on behalf of Interested Party Courtesy NEF biskander@goeforlaw.com  kmurphy@goeforlaw.com |
| Robert P Goe | on behalf of Interested Party Courtesy NEF kmurphy@goeforlaw.com rgoe@goeforlaw.com;goeforecf@gmail.com;Goe.RobertP.R@notify.bestcase.com;ajohnston@goeforlaw.com |
| United States Trustee (SA) | ustpregion16.sa.ecf@usdoj.gov |

TOTAL: 4

FILED
SEP 12 2024
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY:          Deputy Clerk

ENTERED
SEP 13 2024
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY:          Deputy Clerk

| UNITED STATES BANKRUPTCY COURT CENTRAL DISTRICT OF CALIFORNIA | |
|---|---|
| In re: Jamie Lynn Gallian | CASE NO.: 8:24-bk-12267-MH <br> CHAPTER: 13 <br> ORDER REASSIGNING BANKRUPTCY CASE TO JUDGE (by mutual consent) <br> ☒ WITHIN DIVISION TRANSFER <br> ☐ WITHIN DISTRICT TRANSFER |
| Debtor(s). | |

It appearing that the above-captioned case is properly transferable in accordance with the provisions of General Order 11-01,

IT IS HEREBY ORDERED that the above-captioned bankruptcy case be reassigned to Bankruptcy Judge Scott C. Clarkson          [name to be inserted by the judge] for all further proceedings.

☒ Within Division Transfer

The bankruptcy case number will remain the same. However, the judge's initials must be changed to SC          [initials to be inserted by the judge] on all documents filed with the court.

☐ All adversary proceeding(s) to be transferred

☐ Do not transfer adversary proceeding(s)

☐ Other: _____

☐ Within District Transfer

The new bankruptcy case number is _____ [will be issued by the Clerk's Office after the order is signed].

☐ All adversary proceeding(s) to be transferred and new adversary proceeding case numbers will be issued by the Clerk's Office.

☐ Do not transfer adversary proceeding(s)

☐ Other: _____

Date: 9/12/24

_____
UNITED STATES BANKRUPTCY JUDGE

The undersigned Bankruptcy Judge hereby consents to the transfer of the above-captioned bankruptcy case to him/her.

Date: 9/12/24

_____
UNITED STATES BANKRUPTCY JUDGE