| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br>JAMIE LYNN GALLIAN<br>16222 MONTEREY LN. SPACE 376<br>HUNTINGTON BEACH, CA 92649<br>(714) 321-3449<br>JAMIEGALLIAN@GMAILCOM<br><br>☐ *Debtor(s) appearing without an attorney*<br>☐ *Attorney for Debtor(s)* | FOR COURT USE ONLY |
|---|---|

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION**

| In re:<br>JAMIE LYNN GALLIAN<br><br><br><br><br>Debtor(s). | CASE NO.: 8:24-bk-12267-SC<br>CHAPTER: 13<br><br>**DECLARATION BY DEBTOR(S) AS TO WHETHER INCOME WAS RECEIVED FROM AN EMPLOYER WITHIN 60 DAYS OF THE PETITION DATE**<br>[11 U.S.C. § 521(a)(1)(B)(iv)]<br><br>[No hearing required] |
|---|---|

Debtor(s) provides the following declaration(s) as to whether income was received from an employer within 60 days of the Debtor(s) filing this bankruptcy case (Petition Date), as required by 11 U.S.C. § 521(a)(1)(B)(iv):

Declaration of Debtor 1

1. ☒ I am Debtor 1 in this case, and I declare under penalty of perjury that the following information is true and correct:

    **During the 60-day period before the Petition Date** (*Check only ONE box below*):

    ☒ **I was paid by an employer.** Attached are copies of all statements of earnings, pay stubs, or other proof of employment income I received from my employer during this 60-day period. (*If the Debtor's social security number or bank account is on a pay stub or other proof of income, the Debtor must cross out (redact) the number(s) before filing this declaration.*)

    ☐ **I was not paid by an employer** because I was either self-employed only, or not employed.

Date: 09/09/2024    JAMIE LYNN GALLIAN                                    *(signature)*
                    Printed name of Debtor 1                               Signature of Debtor 1

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

# Earnings Statement

**ADP**

```
FILE   DEPT.   CLOCK   VCHR. NO.
FVK    000780  000040            0000354021
```

TRANSPORTATION CHARTER SERVICES INC
1931 N BATAVIA ST
ORANGE         CA  92865

Period Beginning:  08/09/2024
Period Ending:     08/23/2024
Pay Date:          08/30/2024

Filing Status: Single/Married filing separately
Exemptions/Allowances:
　　Federal: Standard Withholding Table

Social Security Number:  XXX-XX-3936

JAMIE LYNN GALLIAN
16222 MONTEREY LANE
UNIT 376
HUNTINGTON BEACH CA 92649

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Coach | 22.0000 | 34.25 | 753.50 | 753.50 |
| Gratuity | | | 132.50 | 132.50 |
| Training | 22.0000 | 34.00 | 680.00 | 2,810.00 |
| **Gross Pay** | | | **$1,566.00** | 3,696.00 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -105.26 | 142.60 |
| | Social Security Tax | -97.09 | 229.15 |
| | Medicare Tax | -22.70 | 53.59 |
| | CA State Income Tax | -31.67 | 41.12 |
| | CA SDI Tax | -17.23 | 40.66 |

| | |
|---|---|
| **Net Pay** | **$1,292.05** |
| Checking 1 | -969.04 |
| Checking 2 | -323.01 |
| **Net Check** | **$0.00** |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Totl Hrs Worked | 68.25 | |

**Important Notes**
YOUR COMPANY PHONE NUMBER IS 714-637-4300

BASIS OF PAY: HOURLY

**Additional Tax Withholding Information**
Taxable Marital Status:
　CA:　　　　Single
Exemptions/Allowances:
　CA:　　　　0

Your federal taxable wages this period are
$1,566.00
Your CA taxable wages this period are
$1,566.00

© 2000 ADP, Inc.

---

TRANSPORTATION CHARTER SERVICES INC
1931 N BATAVIA ST
ORANGE         CA  92865

Advice number:   00000354021
Pay date:        08/30/2024



Deposited to the account of
JAMIE LYNN GALLIAN

| account number | transit | ABA | amount |
|---|---|---|---|
| xxxxxxxxx6018 | xxxx | xxxx | $969.04 |
| xxxxxxxxx6012 | xxxx | xxxx | $323.01 |

**THIS IS NOT A CHECK**

**NON-NEGOTIABLE**