Form r341z–r341 VAN–02
Rev. 05/2010

## United States Bankruptcy Court
## Central District of California

**411 West Fourth Street, Suite 2030, Santa Ana, CA 92701–4593**

# RENOTICE CONFIRMATION HEARING

**DEBTOR INFORMATION:**
Jamie Lynn Gallian

**BANKRUPTCY NO.**  8:24–bk–12267–SC

**CHAPTER**  13

**Last four digits of Social–Security or Individual Taxpayer–Identification (ITIN) No(s)., (if any):**  xxx–xx–3936
**Employer Tax–Identification (EIN) No(s).(if any):**  N/A
**Debtor Dismissal Date:** N/A

**Address:**
16222 Monterey Ln Unit 376
Huntington Beach, CA 92649

**DEBTOR'S ATTORNEY:**
Jamie Lynn Gallian
16222 Monterey Ln Unit 376
Huntington Beach, CA 92649

714–321–3449

**TRUSTEE:**
Amrane (SA) Cohen (TR)
770 The City Drive South Suite 3700
Orange, CA 92868

714–621–0200

Please take notice that the confirmation hearing has been reset for:

**Date:** November 26, 2024    **Time:** 10:00 AM
**Location:** 411 W Fourth St., Crtrm 5C, Santa Ana, CA 92701

Dated: September 17, 2024

By the Court,

**Kathleen J. Campbell**
Clerk of Court

(Form r341z–r341 VAN–02) Rev. 05/2010

**24 / HC**