United States Bankruptcy Court
Central District of California

| | |
|---|---|
| In re: | Case No. 24-12267-SC |
| Jamie Lynn Gallian | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0973-8 | User: admin | Page 1 of 3 |
| Date Rcvd: Sep 17, 2024 | Form ID: r341z | Total Noticed: 44 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 19, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| 42129258 | | BS Investor, LP, Grant, Genovese & Baratta, 2230 Main Street, Ste 1600, Irvine CA 92614 |
| 42129232 | | Danning, Gill, Israel & Krasnoff, LLP, 1901 Avenue of The Stars, Ste. 450, Los Angeles, CA 90067-6006 |
| 42129238 | + | Houser Bros. Co, dba Rancho Del. Fey Estates, 16222 Monterey Ln (Office), Huntington Beach, CA 92649-2276 |
| 42129240 | | Hubtington Mobile Home Investments, 16400 Saybrook Lane, Hungtington Beach CA 92649-2277 |
| 42129234 | + | Huntington Beach Gables, Homeowners Association, EPSTEN, GRINNEL, & HOWELL, APC, 10200 Willow Creek Rd, Ste. 100, San Diego, CA 92131-1655 |
| 42129239 | | Huntington Beach Gables HOA, c/o Feldsott & Lee, 23161 Mill Creek Dr, Ste. 300, Laguna Hllls, CA 92653-7907 |
| 42129233 | | Huntington Harbor Village, 16400 Saybrook, Huntington Beach, CA 92649-2277 |
| 42129262 | | Huntington Mobile Home, Investments LLC, 1100 Newport Beach Blvd, Ste 1150, Newport Beach, CA 92260 |
| 42129259 | + | Huntington Mobile Home Inv LLC, 430 S San Dimas Ave, San Dimas, CA 91773-4045 |
| 42129261 | | Huntington Mobile Home Investments LLC, 1100 Newport Beach Blvd Ste 1150, Newport Beach, CA 92660 |
| 42129263 | + | J-Pad LLC, 16222 Monterey Ln #376, Huntington Beach, CA 92649-2258 |
| 42129241 | + | J-Sandcastle Co, LLC, 16222 Monterey Ln. Unit 376, Huntington' Beach CA 92649-2258 |
| 42129242 | | James H Cosello, Esq., Casello & Lincoln, 525 N Cabrillo Park Dr. Ste 104, Santa Ana, CA 92701-5017 |
| 42129264 | + | Jennifer Paulin, 4446 Alderport Dr., Huntington Beach, CA 92649-2286 |
| 42129236 | + | Lee Gragnano, 16062 Warmington Lane, Huntington Beach, CA 92649-2285 |
| 42129243 | + | Lindy Beck, 4443 Chase Dr., Huntington Beach, CA 92649-2297 |
| 42129265 | | Lisa T Ryan, 20949 Lassen St. Apt. 208, Chatsworth, CA 91311-4239 |
| 42129237 | + | Lori Burrett, 16107 Sherlock, Huntingotn Beach, CA 92649-2293 |
| 42129244 | | Michael S. Devereux, Wex Law, 9171 Wilshire Blvd. Ste. 500, Beverly Hills, CA 90210-5536 |
| 42129245 | | Orange County Alternate, Defender 600 Santa Ana Blvd., Ste. 600, Santa Ana, CA. 92702 |
| 42129252 | | Orange County Public, Defender 801 Civic Center Drive, West Santa Ana, CA 92702 |
| 42129267 | | Patricia Ryan, 20949 Lassen St. Apt 208, Chatsworth, CA 91311-4239 |
| 42129253 | | People of the St of CA, 8141 13th Street, Westminster, CA 92683-4576 |
| 42129246 | + | Randall Nickell, 4476 Alderport Dr., Huntington Beach, CA 92649-2288 |
| 42129268 | | Randell Nickel, c/o Mark Mellor, Esq., 6800 Indiana Ave. Ste. 220, Riverside, CA 92506-4267 |
| 42129247 | + | Robert P Warmington Co., c/o BS Investors LP, 18201 Von Karmen Ste 450, Irvine, CA 92612-1195 |
| 42129269 | + | Rutan & Tucker, 18575 Jamboree Rd. 9th Fl, Irvine, CA 92612-2559 |
| 42129254 | + | S 4, A California Limited, Partnership, 1001 Dove Street Ste. 230, Newport Beach, CA 92660-2849 |
| 42129248 | + | Sandra Bradley, 18 Meadowwood, Coto De Caza, ca 92679-4738 |
| 42129249 | + | Stanley Feldsott, Esq, Feldsoftt & Lee, 23161 Mill Creek Drive ste. 300, Laguna Hills, CA 92653-7907 |
| 42129270 | + | Steven A Fink, 13 Corporate Plaza Ste. 150, Newport Beach, CA 92660-7919 |
| 42129255 | + | Superior Court of California, County Of Orange, 711 Civic Center Drive, West, Santa Ana, CA 9270l 92701-3907 |
| 42129271 | | Suzanne Tague Ross Wolcott, Teinert, Prout, 3151 AirwayAve S-1, Costa Mesa, CA 92626-4627 |
| 42129250 | | Theodore Phillips, 17612 Sandea Lee, Huntington Beach, CA 92649 |
| 42129251 | | Vivienne J Alston, Alston, Alston &Diebold, 27201 Puerta Real Ste 300, Mission Vlejo, CA 92691-8590 |

TOTAL: 35

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| db | + | Email/PDF: jamiegallian@gmail.com | Sep 18 2024 00:20:00 | Jamie Lynn Gallian, 16222 Monterey Ln Unit 376, Huntington Beach, CA 92649-2258 |
| smg | | Email/Text: itcdbg@edd.ca.gov | Sep 18 2024 00:21:00 | Employment Development Dept., Bankruptcy Group MIC 92E, P.O. Box 826880, Sacramento, CA 94280-0001 |

| District/off: 0973-8 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Sep 17, 2024 | Form ID: r341z | Total Noticed: 44 |

| | | | | |
|---|---|---|---|---|
| smg | Email/Text: BKBNCNotices@ftb.ca.gov | Sep 18 2024 00:21:00 | Franchise Tax Board, Bankruptcy Section MS: A-340, P.O. Box 2952, Sacramento, CA 95812-2952 | |
| 42129260 | Email/Text: payrollhelpdesk@grsm.com | Sep 18 2024 00:20:00 | Gordon Rees Scully & Mansukhahi, 633 W 5th Street, 52nd Floor, Los Angeles, CA 90071-2005 | |
| 42129235 | Email/Text: sbse.cio.bnc.mail@irs.gov | Sep 18 2024 00:21:00 | Internal.Revenue Service, Insolvency PO Box 7346, Philadelphia, PA 19101-7346 | |
| 42129272 | Email/Text: j9_jasso@yahoo.com | Sep 18 2024 00:20:00 | Janine Jasso, PO Box 370161, El Paso, CA 79937 | |
| 42129266 | + Email/Text: orangecountybk@ttc.ocgov.com | Sep 18 2024 00:21:00 | Orange County Tax Collector, P.O. Box 149, Santa Ana, CA 92702-0149 | |
| 42129256 | + Email/Text: bankruptcy@epsten.com | Sep 18 2024 00:21:00 | The Huntington Beach Gables, Homeowners Association, C/O Epsten Grinnell & Howell APC, 10200 Willow Creek Road, Ste 100, San Diego, CA 92131-1655 | |
| 42129257 | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Sep 18 2024 00:21:00 | US BANK, PO Box 5229, Cincinnati, OH 45201-512. | |

TOTAL: 9

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| intp | | Courtesy NEF |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 19, 2024    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 17, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Amrane (SA) Cohen (TR) | efile@ch13ac.com |
| Brandon J. Iskander | on behalf of Interested Party Courtesy NEF biskander@goeforlaw.com  kmurphy@goeforlaw.com |
| Robert P Goe | on behalf of Interested Party Courtesy NEF kmurphy@goeforlaw.com rgoe@goeforlaw.com;goeforecf@gmail.com;Goe.RobertP.R@notify.bestcase.com;ajohnston@goeforlaw.com |
| United States Trustee (SA) | ustpregion16.sa.ecf@usdoj.gov |

District/off: 0973-8                          User: admin                                         Page 3 of 3
Date Rcvd: Sep 17, 2024                       Form ID: r341z                                      Total Noticed: 44

TOTAL: 4

Form r341z−r341 VAN−02
Rev. 05/2010

# United States Bankruptcy Court
## Central District of California

411 West Fourth Street, Suite 2030, Santa Ana, CA 92701−4593

## RENOTICE CONFIRMATION HEARING

**DEBTOR INFORMATION:**
Jamie Lynn Gallian

**BANKRUPTCY NO.** 8:24−bk−12267−SC

**CHAPTER** 13

**Last four digits of Social−Security or Individual Taxpayer−Identification (ITIN) No(s)., (if any):** xxx−xx−3936
**Employer Tax−Identification (EIN) No(s).(if any):** N/A
**Debtor Dismissal Date:** N/A

**Address:**
16222 Monterey Ln Unit 376
Huntington Beach, CA 92649

**DEBTOR'S ATTORNEY:**
Jamie Lynn Gallian
16222 Monterey Ln Unit 376
Huntington Beach, CA 92649

714−321−3449

**TRUSTEE:**
Amrane (SA) Cohen (TR)
770 The City Drive South Suite 3700
Orange, CA 92868

714−621−0200

Please take notice that the confirmation hearing has been reset for:

**Date:** November 26, 2024     **Time:** 10:00 AM
**Location:** 411 W Fourth St., Crtrm 5C, Santa Ana, CA 92701

Dated: September 17, 2024

By the Court,

**Kathleen J. Campbell**
Clerk of Court

(Form r341z−r341 VAN−02) Rev. 05/2010

**24 / HC**