

**FILED & ENTERED**

**OCT 21 2024**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** mccall    **DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SANTA ANA DIVISION

| | |
|---|---|
| In re: | Case No.: 8:24-bk-12267-SC |
| Jamie Lynn Gallian, | CHAPTER 13 |
| | **ORDER GRANTING MOTION TO DISMISS** |
| Debtor(s). | |

The Court has considered the Motion to Dismiss filed October 11, 2024 [Dk. 36] ("Motion"), the docket as a whole, and finds good cause to GRANT the Motion. The Chapter 13 case is hereby dismissed.

**IT IS SO ORDERED.**

Date: October 21, 2024

Scott C. Clarkson
United States Bankruptcy Judge

-1-