# United States Bankruptcy Court
# Central District of California

411 West Fourth Street, Suite 2030, Santa Ana, CA 92701−4593

# NOTICE OF DISMISSAL

**DEBTOR INFORMATION:**
Jamie Lynn Gallian

**BANKRUPTCY NO.**  8:24−bk−12267−SC

**CHAPTER**  13

**Last four digits of Social−Security or Individual Taxpayer−Identification (ITIN) No(s)., (if any):**  xxx−xx−3936
**Employer Tax−Identification (EIN) No(s).(if any):**   N/A
**Debtor Dismissal Date:** 10/21/24

**Address:**
16222 Monterey Ln Unit 376
Huntington Beach, CA 92649

You are notified that an order was entered **DISMISSING** the above−captioned case and vacating the discharge if previously entered.

The Court retains jurisdiction on all issues involving sanctions, any bar against being a debtor in bankruptcy, all issues arising under Bankruptcy Code §§ 105, 109(g), 110, 329, 349, and 362, and to any additional extent provided by law.

Dated: October 21, 2024

For The Court,

**Kathleen J. Campbell**
Clerk of Court

Form ntcdsm−ndms Rev. 06/2017

**38 / AM**